Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
G & G Closed Circuit Events, LLC

JS-6

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> CARLOS FAJARDO, et al, <br><br> Defendants. | CASE NO. 8:20-cv-02060-WDK-JC <br><br> [Proposed] AMENDED ORDER GRANTING STIPULATION OF DISMISSAL |

**IT IS HEREBY STIPULATED** by and between Plaintiff G & G Closed Circuit Events, LLC, and Defendants Carlos Fajardo and 616 Club, Inc., that the above-entitled action is hereby dismissed **with prejudice** against Carlos Fajardo and 616 Club, Inc, and in its entirety.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**:

Dated:____8-6-2021____

**The Honorable William D. Keller**
**United States District Court**
**Central District of California**

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///